UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

TERRENCE PAYNE,

                Plaintiff,

                                     Case No. 19-cv-1206-pp

    v.

ANDREW M. SAUL,

                Defendant.

---

**ORDER REQUIRING PLAINTIFF TO FILE AMENDED MOTION FOR LEAVE
TO PROCEED WITHOUT PREPAYING FILING FEE**

---

The plaintiff has filed a complaint seeking judicial review of a final administrative decision denying his claim for disability insurance benefits under the Social Security Act. Dkt. No. 1. He also filed a motion for leave to proceed without prepaying the filing fee. Dkt. No. 3.

The plaintiff, who is represented by counsel, appears to have neglected to complete the second page of the request to proceed without prepaying the filing fee. There are no amounts (not even zeroes) listed for the plaintiff's income and some of his expenses. The plaintiff does list an expense of $550 for rent on the third page of the affidavit, and perhaps he has no income, but he must explain to the court how he lives—does he have relatives or friends who support him, where does he get the money for the monthly rent he says he pays? Without this information, the court is unable to determine whether the plaintiff has the

1

ability to pay the filing fee. The court will require the plaintiff to file an amended request that contains a completed page two.

The court **ORDERS** that the plaintiff shall file an amended request to proceed without prepaying the filing fee by the end of the day on **September 4, 2019**. If the court does not receive the amended request by the deadline, it will dismiss this case under Civil Local Rule 41(c) (E.D. Wis.) for the plaintiff's lack of diligence.

Dated in Milwaukee, Wisconsin this 21st day of August, 2019.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**United States District Judge**